UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-cv-24602-KING/BECERRA

ELIER GONZALEZ,

    Plaintiff,

vs.

NPAS, INC., and KENDALL
HEALTHCARE GROUP, LTD.
d/b/a KENDALL REGIONAL
MEDICAL CENTER,

    Defendants.
_____/

## ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

**THIS MATTER** comes before the Court on the Unopposed Motion of Defendants NPAS, Inc. and Kendall Healthcare Group, Ltd., d/b/a Kendall Regional Medical Center ("Defendants") for Extension of Time to File Respond to Complaint [ECF No. 4].

Having reviewed the Motion, and being otherwise fully advised of the premises, it is hereby **ORDERED** that the Motion is **GRANTED**.

Defendants may file their Responses to the Complaint on or before December 20, 2019.

**DONE and ORDERED** in Chambers at the Wilkie D. Ferguson, Jr. United Courthouse Miami, Florida this 2nd day of December, 2019.

                                        */s/ James Lawrence King*
                                        HON. JAMES LAWRENCE KING
                                        UNITED STATES DISTRICT JUDGE

Copies to: Counsel for all parties of record